UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

v.                          Case No. 8:18-cv-126-T-33AAS

FLETCHER SHOPPES, INC.,

    Defendant.
_____/

**ORDER**

This matter is before the Court pursuant to a Letter this Court received from the Weitz Law Firm, P.A. on July 16, 2018. The Letter has been filed with the Court. (Doc. # 29). Plaintiff explains that after the case was settled, the Court entered a 60-Day Order. (Doc. # 28). However, Plaintiff now explains: "the settlement has not yet been fully executed, nor settlement funds received" therefore, Plaintiff "requests that the Court grant a thirty (30) day extension, until August 15, 2018 to reopen this matter." (Doc. # 29).

**Discussion**

"A request for relief from the Court must be made by motion, and a letter to the Court does not suffice." Craig

v. Kropp, No. 2:17-cv-180-FtM-99CM, 2018 WL 2277139, at *2 (M.D. Fla. May 18, 2018). As explained in Local Rule 3.01(f), "All applications to the Court (i) requesting relief in any form, or (ii) citing authorities or presenting argument with respect to any matter awaiting decision, shall be made in writing . . . in accordance with this rule and in appropriate form pursuant to Rule 1.05; and . . . shall not be addressed or presented to the Court in the form of a letter or the like."

The Letter does not comply with the Local Rules in a number of ways, and is particularly lacking a 3.01(g) certificate. As stated in Kindred Rehab Services, Inc. v. Florida Convalescent Centers, Inc., No. 3:06-cv-218-J-33MCR, 2007 U.S. Dist. LEXIS 42064, *2 (M.D. Fla. June 11, 2007): "The importance of the Local Rules cannot be overstated. All counsel are expected to be familiar with and comply with all applicable rules of this Court. The purpose of Local Rule 3.01(g) 'is to require the parties to communicate and resolve certain types of disputes without court intervention.'" Id. (citing Desai v. Tire Kingdom, Inc., 944 F. Supp. 876 (M.D. Fla. 1996)).

This Court denies the relief requested in the Letter

without prejudice due to the failure to comply with the Court's Local Rules.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The relief Plaintiff requests in the July 16, 2018, Letter (Doc. # 29) is **DENIED WITHOUT PREJUDICE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>17th</u> day of July, 2018.

/s/ Virginia M. Hernandez Covington
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE